```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC GOLDNER,

        Plaintiff,

   -against-

RALPH EDWARDS/STU BILLETT PRODUCTIONS, et al.

        Defendants.

20-CV-2764 (AT) (BCM)

**ORDER *SUA SPONTE* EXTENDING TIME**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated April 6, 2020 (Dkt. No. 8), the Honorable Analisa Torres, United States District Judge, directed plaintiff to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses. The Clerk of Court issued the summonses on April 13, 2020. No proof of service has been filed, nor have any of the defendants appeared in this action.

In light of plaintiff's *pro se* status and the COVID-19 pandemic, the Court *sua sponte* extends plaintiff's deadline to serve the summons and complaint on each defendant, and file proof of such service, until **October 14, 2020. If plaintiff does not serve the summons and complaint on each defendant by October 14, 2020, and file proof of such service, the Court may dismiss the claims against defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute**.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff Marc Goldner.

Dated: New York, New York
       August 14, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**