UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARC GOLDNER,

        Plaintiff,

  -against-

RALPH EDWARDS/STU BILLETT
PRODUCTIONS, et al.

        Defendants.

20-CV-2764 (AT) (BCM)

**ORDER TO SHOW CAUSE**

**BARBARA MOSES, United States Magistrate Judge.**

    On April 2, 2020, plaintiff, proceeding *pro se*, filed a complaint. (Dkt. No. 1.) On April 6, 2020, the Hon. Analisa Torres, United States District Judge, issued an order directing plaintiff to serve the summons and complaint on each defendant within 90 days of the Clerk of Court issuing summonses. (Dkt. No. 8.) The Clerk of Court issued summonses on April 13, 2020. After more than 90 days had passed, the Court issued an order on August 14, 2020, *sua sponte* extending plaintiff's time to serve the summons and complaint until October 14, 2020, in light of plaintiff's *pro se* status and the COVID-19 pandemic. (Dkt. No. 16.) Notwithstanding this Court's express direction, plaintiff has yet to file proof of service on the docket.

    It is therefore ORDERED that, no later than **November 12, 2020**, plaintiff shall show cause, in writing, why this action should not be dismissed pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. **If plaintiff fails to respond by November 12, 2020, the Court may dismiss this action for failure to prosecute.**

    Although plaintiff has consented to electronic notification in this action, chambers will mail a copy of this order to plaintiff.

Dated: New York, New York
       October 19, 2020

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**